IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-00413-01-CR-W-HFS |
| ) | |
| TIMOTHY A. WHITFIELD, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM TO COUNSEL AND PROBATION OFFICE

My understanding of the mental condition report from Warden Sanders would be that there is no basis for federal institutional custody. Assuming the Government acquiesces, the choices would appear to be four: (1) further standardized supervised release, (2) further punishment if conditions are violated, (3) institutionalization by the State, unless medication is accepted that would permit release, or (4) unconditional release to the streets. My impression is that none of the choices is desirable or feasible except perhaps the third choice. The Probation Office is requested to explore the options, particularly the third one. Prompt disposition seems required, as indefinite federal detention seems unauthorized.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

August 1, 2013

Kansas City, Missouri